**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF IDAHO

Case number *(if known)* ____________ Chapter **12**

☐ Check if this is an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Idaho Livestock Enterprises Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **80-0629948** |
| 4. | **Debtor's address** | **Principal place of business**<br>**6493 East Trinity Lane**<br>**Athol, ID 83801**<br>Number, Street, City, State & ZIP Code<br>**Kootenai**<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor **Idaho Livestock Enterprises Inc.** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**1121**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check* ***all*** *that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ■ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

Debtor **Idaho Livestock Enterprises Inc.** Case number (*if known*)
Name

List all cases. If more than 1, attach a separate list

Debtor ____ Relationship ____
District ____ When ____ Case number, if known ____

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ____

**Where is the property?** ____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ____

Contact name ____

Phone ____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Idaho Livestock Enterprises Inc.** Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 9, 2026**
MM / DD / YYYY

**X** **/s/ William T. Russell**
Signature of authorized representative of debtor

**William T. Russell**
Printed name

Title **Owner**

**18. Signature of attorney**

**X** **/s/ Patrick J. Geile**
Signature of attorney for debtor

Date **September 9, 2026**
MM / DD / YYYY

**Patrick J. Geile**
Printed name

**Foley Freeman, PLLC**
Firm name

**953 S. Industry Way**
**Meridian, ID 83642**
Number, Street, City, State & ZIP Code

Contact phone **(208) 888-9111** Email address **pgeile@foleyfreeman.com**

**6975 ID**
Bar number and State

AgDirect
PO BOX 2409
Omaha, NE 68103-2409

AgWest Farm Credit FLCA
2001 S. Flint Road
PO BOX 2515
Spokane, WA 99220-2515

AgWest Farm Credit PCA
2001 S. Flint Road
PO BOX 2515
Spokane, WA 99220-2515

CNH Capital
PO BOX 63048
Newark, NJ 07101-8065

CNH Capital Productivy Plus
PO BOX 63048
Newark, NJ 07101-8065

CNH Industrial Accounts
PO BOX 5787
Carol Stream, IL 60197-5787

CNH Industrial Capital
PO BOX 1700
New Holland, PA 17557

Deere Company
6400 NW 86th Street
PO BOX 6600
Johnston, IA 50131-6600

Department of Treasury
Internal Revenue Services
Ogden, UT 84201-0030

Home Depot
PO BOX 7032
Indianapolis, IN 46207-7032

Home Depot Credit Services
PO BOX 60712
City of Industry, CA 91716-0712

Idaho Land Cattle Company
6493 East Trinity Lane
Athol, ID 83801

Idaho State Tax Commission
Bankruptcy Division
PO BOX 36
Boise, ID 83722

IRS
PO BOX 7346
Philadelphia, PA 19101-7346

John Deere Finanical
c/o Weltman Weinberg   Reis
965 Keynote Circle
Independence, OH 44131-1829

ODK Capital
175 W Jackson Blvd Ste 600
Chicago, IL 60604

P1FCU
PO BOX 897
Lewiston, ID 83501

P1FCU
PO BOX 4517
Carol Stream, IL 60197-4517

STCU
PO BOX 1954
Spokane, WA 99210-1954

Wells Fargo
PO BOX 6995
Portland, OR 97228

William T. Russell
6493 East Trinity Lane
Athol, ID 83801

Zwicker Associates PC
80 Minuteman Road
Andover, MA 01810-1008

# United States Bankruptcy Court
## District of Idaho

In re **Idaho Livestock Enterprises Inc.** Case No. 
Debtor(s) Chapter **12**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Idaho Livestock Enterprises Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 9, 2026**
Date

**/s/ Patrick J. Geile**
**Patrick J. Geile**
Signature of Attorney or Litigant
Counsel for **Idaho Livestock Enterprises Inc.**

**Foley Freeman, PLLC**
**953 S. Industry Way**
**Meridian, ID 83642**
**(208) 888-9111 Fax:(208) 888-5130**
**pgeile@foleyfreeman.com**