# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0976−2 | User: admin | Date Created: 9/11/2026 |
| Case: 26−20374−NGH | Form ID: 309H | Total: 26 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | Idaho Livestock Enterprises Inc. 6493 East Trinity Lane Athol, ID 83801 |
| ust | US Trustee 550 West Fort St, Ste 698 Boise, ID 83724 |
| tr | Gary L Rainsdon POB 506 Twin Falls, ID 83303 |
| aty | Patrick John Geile Foley Freeman, PLLC 953 S. Industry Way Meridian, ID 83642 |
| 5487292 | AgDirect PO BOX 2409 Omaha, NE 68103−2409 |
| 5487293 | AgWest Farm Credit FLCA 2001 S. Flint Road PO BOX 2515 Spokane, WA 99220−2515 |
| 5487294 | AgWest Farm Credit PCA 2001 S. Flint Road PO BOX 2515 Spokane, WA 99220−2515 |
| 5487295 | CNH Capital PO BOX 63048 Newark, NJ 07101−8065 |
| 5487296 | CNH Capital Productivy Plus PO BOX 63048 Newark, NJ 07101−8065 |
| 5487297 | CNH Industrial Accounts PO BOX 5787 Carol Stream, IL 60197−5787 |
| 5487298 | CNH Industrial Capital PO BOX 1700 New Holland, PA 17557 |
| 5487299 | Deere Company 6400 NW 86th Street PO BOX 6600 Johnston, IA 50131−6600 |
| 5487300 | Department of Treasury Internal Revenue Services Ogden, UT 84201−0030 |
| 5487301 | Home Depot PO BOX 7032 Indianapolis, IN 46207−7032 |
| 5487302 | Home Depot Credit Services PO BOX 60712 City of Industry, CA 91716−0712 |
| 5487305 | IRS PO BOX 7346 Philadelphia, PA 19101−7346 |
| 5487303 | Idaho Land Cattle Company 6493 East Trinity Lane Athol, ID 83801 |
| 5487304 | Idaho State Tax Commission Bankruptcy Division PO BOX 36 Boise, ID 83722 |
| 5487306 | John Deere Finanical c/o Weltman Weinberg Reis 965 Keynote Circle Independence, OH 44131−1829 |
| 5487307 | ODK Capital 175 W Jackson Blvd Ste 600 Chicago, IL 60604 |
| 5487309 | P1FCU PO BOX 4517 Carol Stream, IL 60197−4517 |
| 5487308 | P1FCU PO BOX 897 Lewiston, ID 83501 |
| 5487310 | STCU PO BOX 1954 Spokane, WA 99210−1954 |
| 5487311 | Wells Fargo PO BOX 6995 Portland, OR 97228 |
| 5487312 | William T. Russell 6493 East Trinity Lane Athol, ID 83801 |
| 5487313 | Zwicker Associates PC 80 Minuteman Road Andover, MA 01810−1008 |

TOTAL: 26