(Local Form OINCTX) (09/19)

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

In Re:

Idaho Livestock Enterprises Inc.
6493 East Trinity Lane
Athol, ID 83801

Social Security No.:
Employer's Tax I.D. No.: 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

Debtor

Case Number: 26–20374–NGH

Chapter Number: 12

**INCOME TAX TURNOVER ORDER**

THE DEBTORS ARE HEREBY ORDERED as follows:

FILING TAX RETURNS: You are ordered to properly file all required income and other tax returns with the Federal Government (Internal Revenue Service), any state and other taxing authority (collectively herein "Tax Returns"), within the time limits provided by law. This order shall apply to all tax years or other periods which arise during the pendency of this case. This order also includes Tax Returns for the preceding calendar or tax year. Be advised that this order includes Tax Returns for all prior years or periods for which Tax Returns were required but which were not filed before your bankruptcy case commenced.

COPIES OF TAX RETURNS TO TRUSTEE: You are further ordered to deliver, to the trustee in this case, a copy of the Tax Returns, including any amended Tax Returns, which must be filed under and pursuant to the preceding paragraph, or a transcript of such Tax Returns. Copies of Tax Returns shall include any corresponding Forms W–2 and 1099.

DELIVERY OF REFUNDS: You are further ordered to turn over to the trustee all income tax refunds now held or hereafter received by you while the case is open.

LOSS OF DISCHARGE AND OTHER SANCTIONS: A willful failure to obey this order (for example a failure to file required Tax Returns, failure to provide copies of all Tax Returns to your trustee or a transcript of such Tax Returns, or failure to turn over all refunds) may result in a loss of your right to a bankruptcy discharge of indebtedness, dismissal of your case, and/or other possible sanctions.

THE TRUSTEE ASSIGNED to your case is:

Gary L Rainsdon
POB 506
Twin Falls, ID 83303

Dated: 9/15/26

Stephen W Kenyon
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of Idaho

In re: Case No. 26-20374-NGH

Idaho Livestock Enterprises Inc. Chapter 12

Debtor

# CERTIFICATE OF NOTICE

District/off: 0976-2 User: admin Page 1 of 1

Date Rcvd: Sep 15, 2026 Form ID: oinctx Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Idaho Livestock Enterprises Inc., 6493 East Trinity Lane, Athol, ID 83801-9562 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gary L Rainsdon | trustee@atcnet.net id12@ecfcbis.com;lorir@atcnet.net |
| Patrick John Geile | on behalf of Debtor Idaho Livestock Enterprises Inc. pgeile@foleyfreeman.com abennett@foleyfreeman.com;r59345@notify.bestcase.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |

TOTAL: 3