**Patrick J. Geile**
**FOLEY FREEMAN, PLLC**
**953 S. Industry Way**
**Meridian, ID 83642**
**Phone: (208) 888-9111**
**Fax: (208) 888-5130**
**Idaho State Bar No. 6975**
**E-mail: *pgeile@foleyfreeman.com***

**Attorney for Debtor**

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| **In re:**<br><br>**IDAHO LIVESTOCK ENTERPRISES INC.,**<br><br>**Debtor(s).** | **Case No. 26-20374-NGH**<br><br>**Chapter 12**<br><br>**NOTICE OF BUSINESS INCOME STATEMENTS AND EXPENSE STATEMENTS** |

PLEASE TAKE NOTICE that Debtor, Idaho Livestock Enterprises Inc., by and through its attorney of record, Patrick J. Geile of Foley Freeman, PLLC, and hereby submits its latest financial reports pursuant to 11 U.S.C. § 1187(a).

Debtor filed a petition initiating a case seeking relief under Chapter 12 of the Bankruptcy Code (Dkt. No. 1 – "Petition") and is currently in possession of its property and operation of its business.

Debtor supplements its Petition with the following attached documents:

1. Balance sheet as of September 17, 2026;
2. Profit and Loss statement as of May 2026.

DATED this 25th day of September, 2026

FOLEY FREEMAN, PLLC

*/s/ Patrick J. Geile*
Patrick J. Geile
Attorney for Debtor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 25th day of September, 2026, I caused to be served a true and correct copy of the foregoing document by the method indicated below, and addressed to the following:

| | |
|---|---|
| Office of the U.S. Trustee<br>ustp.region18.bs.ecf@usdoj.gov | X CM/ECF Notice |
| Gary Rainsdon<br>trustee@atcnet.net | X CM/ECF Notice |
| Trevor R Pincock<br>tpincock@lukins.com | X CM/ECF Notice |
| Michael G Schmidt<br>mgs@lukins.com | X CM/ECF Notice |

*/s/ Patrick J. Geile*
Patrick J. Geile

7:51 AM
09/17/26
Cash Basis

# Idaho Livestock Enterprises Inc
## Balance Sheet
### As of September 17, 2026

| | | Sep 17, 26 |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| **Checking/Savings** | | |
| 10000 · Business Checking P1FCU x782 | | 49.10 |
| 10100 · Business Savings P1FCU - 0001 | | 235.00 |
| 10150 · Livestock Acct 0041 | | 14.75 |
| 10200 · Business Checking STCU - 0067 | | 174.29 |
| 10220 · Charles Schwab - 4887 | | 91.94 |
| 10250 · Petty Cash | | 2,290.77 |
| **Total Checking/Savings** | | 2,855.85 |
| **Other Current Assets** | | |
| Loan to 93 Trinity | | 50,712.33 |
| 11500 · Inventory | | |
| Equipment Purchased for Resale | 298,297.16 | |
| Feed & Grain | 55,682.57 | |
| Hay | 44,317.43 | |
| Medicated Feed Supplement | 5,576.89 | |
| Total 11500 · Inventory | | 403,874.05 |
| **Total Other Current Assets** | | 454,586.38 |
| **Total Current Assets** | | 457,442.23 |
| **Fixed Assets** | | |
| 15000 · Furniture and Equipment | | |
| 2023 John Deere 640R | 20,200.00 | |
| D6 Crawler - 2022 #3 | 8,500.00 | |
| Farm Equipment | 85,000.00 | |
| Feed Wagon/Mixer | 42,650.00 | |
| Generator | 1,280.40 | |
| Stock Equipment | 125,000.00 | |
| 15000 · Furniture and Equipment - Other | 36,500.00 | |
| Total 15000 · Furniture and Equipment | | 319,130.40 |
| 15600 · Land | | |
| Land Improvements | 50,269.20 | |
| Total 15600 · Land | | 50,269.20 |
| 16300 · Tractors & Trailers | | |
| 2016 53' E. TL Trailer Step Dec | 20,300.00 | |
| 2023 JD 6155 | 198,460.00 | |
| Cash IH L750 YAWLL4138 | 15,000.00 | |
| Diamond Stock Trailer GN | 12,000.00 | |
| JD Tractor #1 | -40,000.00 | |
| JD Tractor #2 | 40,000.00 | |
| Van Trailer 28' | 1,000.00 | |
| White Stock Trailer GN | 13,500.00 | |
| Total 16300 · Tractors & Trailers | | 260,260.00 |
| 16400 · Vehicles | | |
| 2001 Dodge 2500 Quad | 14,500.00 | |
| 2009 Chevrolet K-150 | 19,956.00 | |
| 2024 Chevy Silverado 1500 | 50,924.00 | |
| Total 16400 · Vehicles | | 85,380.00 |
| 17000 · Accumulated Depreciation | | -311,168.00 |
| **Total Fixed Assets** | | 403,871.60 |

7:51 AM
09/17/26
Cash Basis

# Idaho Livestock Enterprises Inc
## Balance Sheet
### As of September 17, 2026

| | Sep 17, 26 |
|---|---|
| **Other Assets** | |
| **18000 · Due from Shareholder** | 265,936.52 |
| **Total Other Assets** | 265,936.52 |
| **TOTAL ASSETS** | **1,127,250.35** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| **21100 · AGWest 5101 St Operating** | 232,237.43 |
| **21175 · Federal Income Tax Payabel** | 198.00 |
| **21180 · Accrued Interest IRS Installmen** | 860.86 |
| **21200 · Productivity Plus CNH Account** | -350.00 |
| **Total Other Current Liabilities** | 232,946.29 |
| **Total Current Liabilities** | 232,946.29 |
| **Long Term Liabilities** | |
| **27100 · AgDirect 3500472** | 44,438.05 |
| **27150 · AgDirect 311881** | 15,552.33 |
| **27200 · AgDirect 3470490** | 69,105.00 |
| **27220 · AGWest 4101 IT Tractor** | 24,407.36 |
| **27275 · AgWest 7101** | 512,841.46 |
| **27300 · CNH Capital 814338** | 36,454.79 |
| **27400 · John Deere Financial 0844** | 132,369.52 |
| **27500 · N/P STCU - 2024 Chevy** | 46,535.24 |
| **Total Long Term Liabilities** | 881,703.75 |
| **Total Liabilities** | 1,114,650.04 |
| **Equity** | |
| **30150 · Additional Paid in Capital** | 81,741.21 |
| **32000 · Retained Earnings** | -62,234.34 |
| **Net Income** | -6,906.56 |
| **Total Equity** | 12,600.31 |
| **TOTAL LIABILITIES & EQUITY** | **1,127,250.35** |

# Idaho Livestock Enterprises Inc
## Profit & Loss
### January through May 2026

| | Jan - May 26 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **43700 · Sales - Other** | 55,871.79 |
| **Total Income** | 55,871.79 |
| **Cost of Goods Sold** | |
| **50100 · Items Purchased for Resale** | 45,469.47 |
| **Total COGS** | 45,469.47 |
| **Gross Profit** | 10,402.32 |
| **Expense** | |
| **60000 · Advertising and Promotion** | 3,839.44 |
| **60400 · Bank Service Charges** | 107.00 |
| **63200 · Gasoline, Fuel and Oil** | 414.45 |
| **63400 · Interest Expense** | 1,638.00 |
| **66700 · Professional Fees** | 10,000.00 |
| **67950 · Supplies** | 1,421.67 |
| **68050 · Taxes - Other** | 50.00 |
| **Total Expense** | 17,470.56 |
| **Net Ordinary Income** | -7,068.24 |
| **Other Income/Expense** | |
| **Other Income** | |
| **70200 · Interest Income** | 0.07 |
| **Total Other Income** | 0.07 |
| **Net Other Income** | 0.07 |
| **Net Income** | **-7,068.17** |