**Patrick J. Geile**
**FOLEY FREEMAN, PLLC**
**953 S. Industry Way**
**Meridian, ID 83642**
**Phone: (208) 888-9111**
**Fax: (208) 888-5130**
**Idaho State Bar No. 6975**
**E-mail: *pgeile@foleyfreeman.com***

**Attorney for Debtor**

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| **In re:**<br><br>**IDAHO LIVESTOCK ENTERPRISES INC.,**<br><br>**Debtor(s).** | **Case No. 26-20374-NGH**<br><br>**Chapter 12**<br><br>**DEBTOR'S EMERGENCY MOTION FOR INTERIM AND FINAL AUTHORITY TO USE CASH COLLATERAL** |

Idaho Livestock Enterprises Inc.. ("Debtor"), by and through its counsel of record Patrick J. Geile of Foley Freeman, PLLC, moves pursuant to 11 U.S.C. §§ 361, 363, 1203, 1204, and 1205, Federal Rule of Bankruptcy Procedure 4001, and Local Bankruptcy Rule 4001-1 for entry of interim and final orders authorizing the Debtor to use cash collateral. In support of this Motion, the Debtor states as follows:

**JURISDICTION AND VENUE**

1. On September 10, 2026, (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 12 of the Bankruptcy Code.

2. The Debtor continues to operate its business and manage its property as a debtor in possession pursuant to 11 U.S.C. §§ 1203 and 1204.

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

4. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

5. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

**BACKGROUND**

6. The Debtor operates a feedlot and is engaged in the business of feeding, maintaining, and caring for cattle.

7. The cattle maintained at the Debtor's feedlot are primarily owned by Trinity Holdings ("Trinity").

8. William T. Russell owns 100% of the ownership interests in both the Debtor and Trinity.

9. The Debtor and Trinity are operated in conjunction with one another in connection with the feeding, maintenance, care, and ultimate sale of cattle.

10. As of the Petition Date, the Debtor was in possession of feed having a value in excess of $100,000.

11. The Debtor's existing feed inventory is presently sufficient to meet its anticipated near-term feeding requirements. Accordingly, the Debtor does not presently anticipate incurring significant expenses to purchase additional feed during the period covered by the proposed budget.

12. The Debtors income until mid November is from the sale of feed to non insider third parties. This income is roughly $1,000 per week and is made in the ordinary course of business.

13. The Debtor's anticipated expenses are primarily limited to expenses necessary to preserve and maintain its real property and feedlot, together with utilities, insurance, labor,

professional expenses, and other comparatively minimal costs necessary to continue operating and preserve the value of the estate's property.

**SECURED CLAIMS AND CASH COLLATERAL**

14. AgWest Farm Credit, PCA ("AgWest") asserts liens and security interests in certain property of the Debtor. AgWest's asserted liens include the interests reflected in the following filings with the Idaho Secretary of State:

a. An Effective Financing Statement bearing Filing No. 20231576220, filed September 18, 2023, identifying wheat, barley, hay, and field corn in all Idaho counties for all crop years;

b. An Effective Financing Statement bearing Filing No. 20231849808, filed October 27, 2023, identifying hay, beef cattle and calves, and wheat described as including "pellets and grains," in all Idaho counties for all crop years; and

c. A UCC-1 Financing Statement bearing Filing No. 20251950900, filed October 3, 2025, identifying the collateral as: "Machinery, Equipment and Fixtures. Inventory Livestock (whether born or unborn), supplies used or produced in the farming operation, and products thereof and related accounts."

15. A list of the UCC financing statements and related filings disclosed by the Debtor's UCC search is attached as **Exhibit A**.

16. The Effective Financing Statements described above identify particular agricultural commodities and farm products. The October 3, 2025 UCC-1 Financing Statement identifies certain machinery, equipment, fixtures, livestock inventory, farming supplies, products thereof, and related accounts. The filing does not purport to identify all accounts of the Debtor without

limitation. Rather, its reference to accounts is limited by its terms to accounts related to the specifically described agricultural collateral.

17. Certain proceeds or accounts generated from the sale or disposition of AgWest's properly encumbered collateral may constitute cash collateral within the meaning of 11 U.S.C. § 363(a). The Debtor therefore seeks authority, out of an abundance of caution, to use such funds to pay the reasonable and necessary expenses of operating its business and preserving its property.

18. The Debtor is continuing to investigate the nature, extent, validity, perfection, priority, and enforceability of AgWest's asserted liens and security interests, including whether any particular property, account, revenue, or other asset falls within the collateral descriptions contained in AgWest's filings and underlying security agreements.

19. A filed financing statement provides notice of a claimed security interest but does not, standing alone, establish the existence, attachment, scope, validity, priority, or enforceability of the asserted lien. Those matters are governed by the applicable security agreements, other loan documents, and applicable law.

20. Nothing in this Motion, including the Debtor's request for authority to use cash collateral or its offer of adequate protection, constitutes:

a. An admission that AgWest or any other creditor holds a valid, perfected, or enforceable security interest;

b. An admission regarding the amount, priority, or secured status of any claim;

c. An admission that any particular funds, accounts, revenues, feed, livestock, equipment, or other property constitute collateral or cash collateral; or

d. A waiver of the Debtor's right to investigate, challenge, avoid, or otherwise object

to any asserted claim, lien, security interest, or encumbrance.

21. The Debtor requests authority to use any funds determined to constitute cash collateral in accordance with the weekly budget attached as **Exhibit B**.

22. The Debtor further requests authority to vary from an individual budgeted category by up to 10%, provided that the Debtor's aggregate expenditures do not exceed the total approved budget by more than 10% without the consent of AgWest or further order of the Court.

23. The requested authority should apply to the asserted interests of AgWest and any other creditor holding a valid, perfected, and enforceable prepetition security interest in the Debtor's property, but only to the nature, extent, validity, priority, and amount of that creditor's prepetition interest.

**COMPLIANCE WITH LOCAL BANKRUPTCY RULE 4001-1**

24. Pursuant to Local Bankruptcy Rule 4001-1(a)(1), the creditor asserting an interest in the cash collateral to be used by the Debtor is AgWest. AgWest is a prepetition secured creditor of the Debtor. AgWest is not an insider or otherwise related to the Debtor.

25. Pursuant to Local Bankruptcy Rule 4001-1(a)(2), the Debtor requests interim authority to use cash collateral in the amount of approximately $7,248.00 through the date of the final hearing. Following the final hearing, the Debtor requests authority to use cash collateral in the amounts set forth on the 60 month budget **Exhibit C**. Interim use is necessary to permit the Debtor to pay the ordinary and necessary expenses identified in the attached budget and to preserve its feedlot, real property, feed inventory, and ongoing business operations pending a final hearing.

26. Pursuant to Local Bankruptcy Rule 4001-1(a)(3), **Exhibit B** contains a line-item budget setting forth the Debtor's projected income and expenses for eight weeks, and **Exhibit C**

is a 60 month budget. The budget also separately identifies the projected income and expenses for the interim period through the anticipated date of the final hearing.

27. Pursuant to Local Bankruptcy Rule 4001-1(a)(4), the Debtor estimates that, as of the Petition Date, it owed AgWest approximately $512,841.46 under loan #0937 and approximately $24,407.36 on loan #1314 and $297,253.47 on loan # 1445.

28. Loan 0937 is secured by real property of the Debtor, that the Debtor values at $723,624.00, and is therefore fully secured with a significant equity cushion after any costs of sale.

29. Loan 1314 and 1445 are not secured by real property and are secured by other assets pursuant to their UCC filing. Ag West is likely also fully secured by the value of the Debtor's personal property and feed. The personal property has not yet been appraised, and based on Debtor's values the loans should be fully secured. With an equity cushion.

30. These amounts are estimates and remain subject to verification, including the calculation of any accrued and unpaid interest, costs, fees, or other amounts properly chargeable under the applicable loan documents. The Debtor reserves the right to contest the amount, validity, secured status, priority, and enforceability of either obligation.

31. Pursuant to Local Bankruptcy Rule 4001-1(a)(5), the cash collateral that the Debtor seeks authority to use does not consist of rents. Accordingly, the disclosures concerning gross and net rents, rental property, and the value of rental property are not applicable.

32. Pursuant to Local Bankruptcy Rule 4001-1(a)(6), the cash collateral that the Debtor presently seeks authority to use does not consist of accounts receivable. The Debtor therefore does not presently have an accounts-receivable aging statement applicable to the requested use of cash collateral. To the extent that accounts or receivables constituting cash collateral arise during the

period covered by this Motion, the Debtor will maintain appropriate business records and provide reasonable information concerning those receivables to AgWest upon request.

33. Pursuant to Local Bankruptcy Rule 4001-1(a)(7), the Debtor estimates that the collateral allegedly securing AgWest's claims presently has a fair market value of approximately $100,000. This collateral consists primarily of feed on hand and accounts or proceeds related to that feed. The estimate is based upon the Debtor's current feed inventory, its books and records, and management's knowledge of the quantity and current market value of the feed. The Debtor continues to investigate whether AgWest holds a valid and perfected security interest in each category of property it claims as collateral.

34. Pursuant to Local Bankruptcy Rule 4001-1(a)(8), the property offered as adequate protection includes the Debtor's real property, together with the feed presently on hand. The aggregate estimated value of the property offered as adequate protection is approximately $367,237.00. The estimated value of the real property $723,624.00 is based upon Debtor's valuation, and the estimated value of the feed is based upon the Debtor's current feed inventory, books and records, and management's knowledge of the quantity and current market value of the feed.

35. Pursuant to Local Bankruptcy Rule 4001-1(a)(9), the Debtor does not propose any provision identified in the District of Idaho's Guidelines Regarding Motions to Use Cash Collateral or to Obtain Credit, or Stipulations Regarding the Same, that is other than a provision normally approved by the Court.

## NECESSITY FOR USE OF CASH COLLATERAL

36. The Debtor requires immediate access to available funds to preserve its feedlot,

maintain its real and personal property, pay utilities and insurance, compensate necessary employees and contractors, and satisfy the other ordinary and necessary expenses identified in the proposed budget.

37. Continued operation of the feedlot will preserve the going-concern value of the Debtor's business and the value of the collateral securing the claims of AgWest and any other secured creditor.

38. Without authority to use cash collateral, the Debtor may be unable to pay necessary operating and preservation expenses. The resulting interruption of operations could cause immediate and irreparable harm to the Debtor, its bankruptcy estate, the livestock maintained at the feedlot, and the interests of creditors.

39. The Debtor's proposed use of cash collateral is limited in amount and is necessary to preserve estate property and maintain ongoing operations while the Debtor formulates and seeks confirmation of a Chapter 12 plan.

40. The proposed expenditures are reasonable and necessary under the circumstances. Because the Debtor had more than $100,000 in feed on hand as of the Petition Date, the Debtor does not presently need to use cash collateral to make substantial feed purchases.

41. The proposed use of cash collateral will permit the Debtor to maintain its feedlot and continue its business operations, thereby preserving the value of the Debtor's assets for the benefit of AgWest, other secured creditors, and the bankruptcy estate.

**PROPOSED ADEQUATE PROTECTION**

42. Pursuant to 11 U.S.C. §§ 361, 363(e), and 1205, the Debtor proposes to provide AgWest, and any other secured creditor entitled to adequate protection, with the following

adequate protection:

a. Replacement Liens. To the same extent, validity, priority, and enforceability as a secured creditor's properly perfected prepetition lien, the creditor will receive a replacement lien upon property of the estate of the same type acquired after the Petition Date, together with the identifiable proceeds of that property, but only to the extent that the Debtor's use of cash collateral results in a diminution in the value of the creditor's interest in its collateral;

b. Maintenance and Preservation. The Debtor will maintain and preserve the collateral in the ordinary course of business and will not sell, transfer, or dispose of collateral outside the ordinary course of business without further order of the Court;

c. Insurance. The Debtor will maintain appropriate insurance covering its property and operations and will identify secured creditors as loss payees or additional insureds to the extent required by the applicable loan documents and nonbankruptcy law;

d. Reporting. The Debtor will provide AgWest with reasonable financial reporting, including periodic operating reports and information concerning the Debtor's receipts, disbursements, feed inventory, and operations;

e. Budget Compliance. The Debtor will limit its use of cash collateral to the reasonable and necessary expenditures identified in the budget attached as **Exhibit B**, subject to a variance of up to 10% for an individual budgeted category and an aggregate variance not exceeding 10% of the total approved budget; and

f. Additional Protection. AgWest and any other party claiming an interest in cash

collateral may seek additional or different adequate protection upon proper notice and a showing of cause.

g. Debtor shall also make payment of $50,000.00 on or before December 31, 2026 that shall be applied to the loans pursuant to non default terms with $30,000 applied to Loan #0937 $5,000 applied to Loan #1314 and $15,000 applied to Loan #1445.

43. Any replacement liens granted pursuant to an interim or final cash-collateral order should not attach to avoidance actions arising under Chapter 5 of the Bankruptcy Code or the proceeds of those actions unless separately ordered by the Court.

44. The replacement liens should be subject to the same challenges, defenses, limitations, priorities, and objections that may be asserted against the corresponding prepetition liens.

45. The proposed adequate protection will protect AgWest and any other secured creditor against any diminution in the value of its interest in the Debtor's property resulting from the Debtor's authorized use of cash collateral.

46. The Debtor reserves all rights, claims, defenses, objections, and causes of action concerning the nature, extent, validity, perfection, priority, and enforceability of all asserted liens, security interests, and claims.

**BASIS FOR EMERGENCY AND INTERIM RELIEF**

47. Federal Rule of Bankruptcy Procedure 4001 authorizes the Court to conduct a preliminary hearing and permit the use of cash collateral to the extent necessary to avoid immediate and irreparable harm to the bankruptcy estate pending a final hearing.

48. The Debtor filed this Chapter 12 case on September 10, 2026, and requires

immediate authority to pay the expenses necessary to maintain its real property, feedlot, livestock operations, and business.

49. The Debtor cannot continue its operations or preserve the value of its property without access to available funds.

50. The requested interim relief is limited to those expenditures reasonably necessary to prevent immediate and irreparable harm pending a final hearing.

51. The Debtor has substantial feed inventory available and anticipates comparatively minimal operating expenses during the period covered by the proposed budget. The requested interim use of cash collateral therefore presents a limited risk of diminution to AgWest's asserted collateral position.

52. Granting interim authority will preserve, rather than diminish, the value of the Debtor's business and the interests of its secured creditors.

53. The balance of the equities favors granting the requested relief because the use of cash collateral will preserve the Debtor's property, business operations, and ability to reorganize, while AgWest and any other secured creditor will receive replacement liens and the other adequate protection described herein.

54. The Debtor therefore requests an expedited preliminary hearing and entry of an interim order authorizing the use of cash collateral pending a final hearing.

NOTICE AND COMMUNICATION WITH AGWEST

55. Debtor's counsel has been communicating and working with AgWest's counsel, Trevor Pincock, regarding the Debtor's proposed use of cash collateral.

56. Mr. Pincock has entered an appearance on behalf of AgWest in this bankruptcy

case.

57. At the time this Motion was filed, Debtor's counsel separately transmitted a copy of the Motion and its supporting materials to Mr. Pincock by email so that AgWest would receive immediate notice of the relief requested.

58. The Debtor will also serve the Motion, any request for a hearing on shortened time, and notice of the hearing upon the parties required by Federal Rule of Bankruptcy Procedure 4001 and Local Bankruptcy Rule 4001-1(d), including the United States Trustee, the Chapter 12 trustee, AgWest, and any creditor or party whose rights or interests may be directly affected by the requested relief.

## PROPOSED ORDER

59. A proposed form of order granting the relief requested in this Motion is attached as **Exhibit D**.

60. The proposed order authorizes the Debtor to use cash collateral in accordance with the budget attached as **Exhibit C**, subject to the proposed 10% variance, and grants AgWest and any other qualifying secured creditor adequate protection to the extent of any diminution in the value of its interest in collateral resulting from the authorized use of cash collateral.

## REQUEST FOR RELIEF

WHEREFORE, the Debtor respectfully requests that the Court:

A. Schedule an expedited preliminary hearing on this Motion;

B. Enter an interim order, substantially in the form attached as **Exhibit D**, authorizing the Debtor to use cash collateral in accordance with the budget attached as **Exhibit C**, including a variance of up to 10% for an individual budgeted category and an aggregate variance not exceeding

10% of the total approved budget;

C. Schedule a final hearing on the Debtor's continued use of cash collateral;

D. Following the final hearing, enter a final order authorizing the Debtor to continue using cash collateral in accordance with the approved budget and permitted variance;

E. Approve the proposed adequate-protection provisions, including replacement liens solely to the extent of any diminution in the value of a secured creditor's interest in its collateral caused by the Debtor's authorized use of cash collateral;

F. Provide that all replacement liens remain subject to any prepetition claims, defenses, objections, limitations, and priorities that could be asserted against the corresponding prepetition liens;

G. Preserve the Debtor's right to investigate and challenge the nature, extent, validity, perfection, priority, and enforceability of any asserted lien, security interest, or claim; and

H. Grant such other and further relief as the Court deems just and proper.

DATED this 1st day of October, 2026

FOLEY FREEMAN, PLLC

*/s/ Patrick J. Geile*
Patrick J. Geile
Attorney for Debtor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 1st day of October, 2026, I caused to be served a true and correct copy of the foregoing document by the method indicated below, and addressed to the following:

| | | |
|---|---|---|
| Office of the U.S. Trustee<br>ustp.region18.bs.ecf@usdoj.gov | _X_ | CM/ECF Notice |
| Gary Rainsdon<br>trustee@atcnet.net | _X_ | CM/ECF Notice |
| Trevor R Pincock<br>tpincock@lukins.com | _X_ | CM/ECF Notice |
| Michael G Schmidt<br>mgs@lukins.com | _X_ | CM/ECF Notice |

*/s/ Patrick J. Geile*
Patrick J. Geile

20230430476

B0786-7317 03/20/2023 5:27 PM Received by Office of the Idaho Secretary of State

# STATE OF IDAHO

*Office of the secretary of state, Phil McGrane*

## UCC1 FINANCING STATEMENT

Idaho Secretary of State
PO Box 83720
Boise, ID 83720-0080
(208) 334-2301
Filing Fee - $3 submitted online, $6 print & mail or $12 if 3 or more pages. Make checks payable to Secretary of State.

Contact at Filer:

| | |
|---|---|
| Contact Name | WOLTERS KLUWER LIEN SOLUTIONS |
| Contact Phone | 800-331-3282 |
| Contact Email | uccfilingreturn@wolterskluwer.com |

Send acknowledgment to:

| | |
|---|---|
| Name | LIEN SOLUTIONS |
| Address | P O BOX 29071<br>GLENDALE, CA 91209-9071 |

Debtors:

| DEBTOR'S NAME | MAILING ADDRESS |
|---|---|
| WILLIAM THOMAS RUSSELL | 6493 E TRINITY LN<br>ATHOL, ID 83801 |
| IDAHO LIVESTOCK ENTERPRISES INC. | 6493 E TRINITY LN<br>ATHOL, ID 83801 |

Secured Parties:

| SECURED PARTY'S NAME | MAILING ADDRESS |
|---|---|
| FARM CREDIT SERVICES OF AMERICA, PCA | PO BOX 2409<br>OMAHA, NE 68103 |
| SS EQ INC | 4939 STATE ROUTE 281 N<br>PO BOX 457<br>QUINCY, WA 98848 |

Collateral:

| | |
|---|---|
| The financing statement covers the following collateral: | Supreme SEGUE 4S Feed Wagon/Mixer 2SEG4S132 |
| The collateral is: | |

Designations:

| | |
|---|---|
| Select a designation which describes this financing statement: | Not Applicable |
| Select an additional designation which describes this financing statement: | Not Applicable |

Alternative Designations:

| | |
|---|---|
| Select the alternative designation which describes this financing statement: | Not Applicable |

Optional Filer Reference Data:

ID-0-91962612-66161563

EXHIBIT
A

20231576220

B0839-5136 09/18/2023 4:21 PM Received by Office of the Idaho Secretary of State

**STATE OF IDAHO**
*Office of the secretary of state, Phil McGrane*
**UCC1F FARM PRODUCTS FINANCING STATEMENT**
Idaho Secretary of State
PO Box 83720
Boise, ID 83720-0080
(208) 334-2301
Filing Fee - $10. Make checks payable to Secretary of State.

*For Office Use Only*
**-FILED-**
File #: 20231576220
Date Filed: 9/18/2023 4:20:23 PM

Contact at Filer:

| | |
|---|---|
| Contact Name | Shannay D. Dishneau |
| Contact Phone | (509) 340-5608 |
| Contact Email | shannay.dishneau@agwestfc.com |

Send acknowledgment to:

| | |
|---|---|
| Name | AgWest Farm Credit, PCA |
| Address | PO BOX 2585<br>SPOKANE, WA 99220-2585 |

Debtors:

| DEBTOR'S NAME | Last 4 SSN or TIN | MAILING ADDRESS |
|---|---|---|
| Idaho Livestock Enterprises, Inc | 9948 | 6493 East Trinity Lane<br>Athol, ID 83801 |

Secured Parties:

| SECURED PARTY'S NAME | MAILING ADDRESS |
|---|---|
| AgWest Farm Credit, PCA | PO Box 2585<br>Spokane, WA 99220 |

EFS Products:

| EFS Product | County | Crop Year(s), if less than all | Amount, if necessary | Additional Information |
|---|---|---|---|---|
| 010 WHEAT | All Counties | ALL | | |
| 020 BARLEY | All Counties | ALL | | |
| 030 HAY | All Counties | ALL | | |
| 027 FIELD CORN | All Counties | ALL | | |

Signatures

☒ A signed agreement exists granting a lien on the farm product(s).

20231849808

B0851-2382 10/27/2023 11:15 AM Received by Office of the Idaho Secretary of State



**STATE OF IDAHO**
*Office of the secretary of state, Phil McGrane*
# UCC1F FARM PRODUCTS FINANCING STATEMENT

Idaho Secretary of State
PO Box 83720
Boise, ID 83720-0080
(208) 334-2301
Filing Fee - $10. Make checks payable to Secretary of State.

*For Office Use Only*
**-FILED-**
File #: 20231849808
Date Filed: 10/27/2023 11:14:13 AM

Contact at Filer:

| | |
|---|---|
| Contact Name | Shannay D. Dishneau |
| Contact Phone | (509) 340-5608 |
| Contact Email | shannay.dishneau@agwestfc.com |

Send acknowledgment to:

| | |
|---|---|
| Name | Shannay D. Dishneau |
| Address | PO BOX 2585<br>SPOKANE, WA 99220-2585 |

Debtors:

| DEBTOR'S NAME | Last 4 SSN or TIN | MAILING ADDRESS |
|---|---|---|
| Idaho Livestock Enterprises, Inc. | 9948 | 6493 East Trinity Lane<br>Athol, ID 83801 |

Secured Parties:

| SECURED PARTY'S NAME | MAILING ADDRESS |
|---|---|
| AgWest Farm Credit | PO Box 2585<br>Spokane, WA 99220 |

EFS Products:

| EFS Product | County | Crop Year(s), if less than all | Amount, if necessary | Additional Information |
|---|---|---|---|---|
| 030 HAY | All Counties | ALL | | |
| 500 BEEF CATTLE AND CALVES | All Counties | ALL | | |
| 010 WHEAT | All Counties | ALL | | Pellets and Grains |

Signatures

☒ A signed agreement exists granting a lien on the farm product(s).



Page 1 of 1

20231876216

B0851-5721 10/28/2023 4:09 AM Received by Office of the Idaho Secretary of State

**STATE OF IDAHO**
*Office of the secretary of state, Phil McGrane*
**UCC1 FINANCING STATEMENT**
Idaho Secretary of State
PO Box 83720
Boise, ID 83720-0080
(208) 334-2301
Filing Fee - $3 submitted online, $6 print & mail or $12 if 3 or more pages. Make checks payable to Secretary of State.

Contact at Filer:

| | |
|---|---|
| Contact Name | CORPORATION SERVICE COMPANY |
| Contact Phone | 1-800-858-5294 |
| Contact Email | SPRFiling@cscglobal.com |

Send acknowledgment to:

| | |
|---|---|
| Name | CORPORATION SERVICE COMPANY |
| Address | 801 ADLAI STEVENSON DRIVE<br>SPRINGFIELD, IL 62703 |

Debtors:

| DEBTOR'S NAME | MAILING ADDRESS |
|---|---|
| WILLIAM THOMAS RUSSELL | 6493 E TRINITY LN<br>ATHOL, ID 83801 |
| IDAHO LIVESTOCK ENTERPRISES INC. | 6493 E TRINITY LN<br>ATHOL, ID 83801 |

Secured Parties:

| SECURED PARTY'S NAME | MAILING ADDRESS |
|---|---|
| DEERE & COMPANY | 6400 NW 86TH ST<br>JOHNSTON, IA 50131 |

Collateral:

| | |
|---|---|
| The financing statement covers the following collateral: | JOHN DEERE 6155 6155M Cab Tractor S/N: 945977;together with (1) all attachments, accessories and components, repairs and improvements, (2) all accounts, general intangibles, contract rights and chattel paper relating thereto, and (3) all proceeds, thereto including, without limitation, insurance, sale, lease and rental proceeds, and proceeds of proceeds. |
| The collateral is: | |

Designations:

| | |
|---|---|
| Select a designation which describes this financing statement: | Not Applicable |
| Select an additional designation which describes this financing statement: | Not Applicable |

Alternative Designations:

| | |
|---|---|
| Select the alternative designation which describes this financing statement: | Not Applicable |

Optional Filer Reference Data:

5294905 2680 34298

20240218697

B0881-7423 02/15/2024 4:06 AM Received by Office of the Idaho Secretary of State

**STATE OF IDAHO**

*Office of the secretary of state, Phil McGrane*

**UCC3 FINANCING STATEMENT AMENDMENT**

Idaho Secretary of State
PO Box 83720
Boise, ID 83720-0080
(208) 334-2301
Filing Fee - $3 submitted online, $6 print & mail or $12 if 3 or more pages. Make checks payable to Secretary of State.

Contact at Filer:

| | |
|---|---|
| Contact Name | CORPORATION SERVICE COMPANY |
| Contact Phone | 1-800-858-5294 |
| Contact Email | SPRFiling@cscglobal.com |

Send acknowledgment to:

| | |
|---|---|
| Name | CORPORATION SERVICE COMPANY |
| Address | 801 ADLAI STEVENSON DRIVE<br>SPRINGFIELD, IL 62703 |

Amendment Actions:

| | |
|---|---|
| Initial Financing Statement File Number | 20231876216 |
| Date Filed | 10/28/2023 |

☒ Termination

Name of SECURED PARTY of record authorizing this amendment:

☐ If this is an amendment authorized by a DEBTOR, check here and select the name of the authorizing debtor.

| | |
|---|---|
| Authorizing Secured Party Name | Deere & Company |

Optional Filer Reference Data:

5373465 2761 73422

20232088505

B0860-9804 12/06/2023 4:19 AM Received by Office of the Idaho Secretary of State

# STATE OF IDAHO

*Office of the secretary of state, Phil McGrane*

## UCC1 FINANCING STATEMENT

Idaho Secretary of State
PO Box 83720
Boise, ID 83720-0080
(208) 334-2301
Filing Fee - $3 submitted online, $6 print & mail or $12 if 3 or more pages. Make checks payable to Secretary of State.

Contact at Filer:

| | |
|---|---|
| Contact Name | CORPORATION SERVICE COMPANY |
| Contact Phone | 1-800-858-5294 |
| Contact Email | SPRFiling@cscglobal.com |

Send acknowledgment to:

| | |
|---|---|
| Name | CORPORATION SERVICE COMPANY |
| Address | 801 ADLAI STEVENSON DRIVE<br>SPRINGFIELD, IL 62703 |

Debtors:

| DEBTOR'S NAME | MAILING ADDRESS |
|---|---|
| WILLIAM THOMAS RUSSELL | 6493 E TRINITY LN<br>ATHOL, ID 83801 |
| IDAHO LIVESTOCK ENTERPRISES INC. | 6493 E TRINITY LN<br>ATHOL, ID 83801 |

Secured Parties:

| SECURED PARTY'S NAME | MAILING ADDRESS |
|---|---|
| DEERE & COMPANY | 6400 NW 86TH ST<br>JOHNSTON, IA 50131 |

Collateral:

| | |
|---|---|
| The financing statement covers the following collateral: | JOHN DEERE 640R 640R STD FARM LOADER S/N: 023722;JOHN DEERE 6155 6155M Cab Tractor S/N: 188856;together with (1) all attachments, accessories and components, repairs and improvements, (2) all accounts, general intangibles, contract rights and chattel paper relating thereto, and (3) all proceeds, thereto including, without limitation, insurance, sale, lease and rental proceeds, and proceeds of proceeds. |
| The collateral is: | |

Designations:

| | |
|---|---|
| Select a designation which describes this financing statement: | Not Applicable |
| Select an additional designation which describes this financing statement: | Not Applicable |

Alternative Designations:

| | |
|---|---|
| Select the alternative designation which describes this financing statement: | Not Applicable |

Optional Filer Reference Data:

5321705 2706 93504

20240546150

B0895-5811 03/29/2024 5:10 PM Received by Office of the Idaho Secretary of State

# STATE OF IDAHO

*Office of the secretary of state, Phil McGrane*

## UCC1 FINANCING STATEMENT

Idaho Secretary of State
PO Box 83720
Boise, ID 83720-0080
(208) 334-2301
Filing Fee - $3 submitted online, $6 print & mail or $12 if 3 or more pages. Make checks payable to Secretary of State.

Contact at Filer:

| | |
|---|---|
| Contact Name | WOLTERS KLUWER LIEN SOLUTIONS |
| Contact Phone | 800-331-3282 |
| Contact Email | uccfilingreturn@wolterskluwer.com |

Send acknowledgment to:

| | |
|---|---|
| Name | LIEN SOLUTIONS |
| Address | P O BOX 29071<br>GLENDALE, CA 91209-9071 |

Debtors:

| DEBTOR'S NAME | MAILING ADDRESS |
|---|---|
| WILLIAM THOMAS RUSSELL | 6493 E TRINITY LN<br>ATHOL, ID 83801 |
| IDAHO LIVESTOCK ENTERPRISES INC. | 6493 E TRINITY LN<br>ATHOL, ID 83801 |

Secured Parties:

| SECURED PARTY'S NAME | MAILING ADDRESS |
|---|---|
| FARM CREDIT SERVICES OF AMERICA, PCA | PO BOX 2409<br>OMAHA, NE 68103 |

Collateral:

| | |
|---|---|
| The financing statement covers the following collateral: | EAST TL Trailer: Flatbed 1E1L5Z282GR055547 |
| The collateral is: | |

Designations:

| | |
|---|---|
| Select a designation which describes this financing statement: | Not Applicable |
| Select an additional designation which describes this financing statement: | Not Applicable |

Alternative Designations:

| | |
|---|---|
| Select the alternative designation which describes this financing statement: | Not Applicable |

Optional Filer Reference Data:

ID-0-98154954-68855125

20242127564

B0964-7297 11/18/2024 7:23 AM Received by Office of the Idaho Secretary of State

**STATE OF IDAHO**
*Office of the secretary of state, Phil McGrane*
**UCC3 FINANCING STATEMENT AMENDMENT**
Idaho Secretary of State
PO Box 83720
Boise, ID 83720-0080
(208) 334-2301
Filing Fee - $3 submitted online, $6 print & mail or $12 if 3 or more pages. Make checks payable to Secretary of State.

Contact at Filer:

| | |
|---|---|
| Contact Name | WOLTERS KLUWER LIEN SOLUTIONS |
| Contact Phone | 800-331-3282 |
| Contact Email | uccfilingreturn@wolterskluwer.com |

Send acknowledgment to:

| | |
|---|---|
| Name | LIEN SOLUTIONS |
| Address | P O BOX 29071<br>GLENDALE, CA 91209-9071 |

Amendment Actions:

| | |
|---|---|
| Initial Financing Statement File Number | 20240546150 |
| Date Filed | 03/29/2024 |

☒ Termination

Name of SECURED PARTY of record authorizing this amendment:

☐ If this is an amendment authorized by a DEBTOR, check here and select the name of the authorizing debtor.

| | |
|---|---|
| Authorizing Secured Party Name | FARM CREDIT SERVICES OF AMERICA, PCA |

Optional Filer Reference Data:

ID-0-101681428-70511274

20240971206

B0913-8601 06/03/2024 12:43 PM Received by Office of the Idaho Secretary of State

**STATE OF IDAHO**
*Office of the secretary of state, Phil McGrane*
**UCC1 FINANCING STATEMENT**
Idaho Secretary of State
PO Box 83720
Boise, ID 83720-0080
(208) 334-2301
Filing Fee - $3 submitted online, $6 print & mail or $12 if 3 or more pages. Make checks payable to Secretary of State.

Contact at Filer:

| | |
|---|---|
| Contact Name | CORPORATION SERVICE COMPANY |
| Contact Phone | 1-800-858-5294 |
| Contact Email | SPRFiling@cscglobal.com |

Send acknowledgment to:

| | |
|---|---|
| Name | CORPORATION SERVICE COMPANY |
| Address | 801 ADLAI STEVENSON DRIVE<br>SPRINGFIELD, IL 62703 |

Debtors:

| DEBTOR'S NAME | MAILING ADDRESS |
|---|---|
| IDAHO LIVESTOCK ENTERPRISES INC. | 6493 E TRINITY LANE<br>ATHOL, ID 83801 |

Secured Parties:

| SECURED PARTY'S NAME | MAILING ADDRESS |
|---|---|
| CNH INDUSTRIAL CAPITAL AMERICA LLC | 5729 WASHINGTON AVENUE<br>RACINE, WI 53406 |

Collateral:

The financing statement covers the following collateral:

2011, Case IH, 140 PRO, Serial No.: ZABE10328, Maxxum Tractor.
2011, Case IH, L750, Serial No.: YAWLL4138, Loader-AG
SECURED CREDITOR ASSERTS A FIRST PRIORITY PURCHASE MONEY SECURITY INTEREST IN THE FOREGOING EQUIPMENT, AND INCLUDING BUT NOT LIMITED TO, ALL ITS IMPROVEMENTS, PARTS, ACCESSORIES, SUBSTITUTIONS, REPLACEMENTS, PRODUCTS, PROCEEDS, INSURANCE PROCEEDS, PREMIUM REFUNDS AND ACCESSIONS. THE EQUIPMENT MAY DISPLAY A SERIAL NUMBER OR OTHER IDENTIFYING NUMBER, INCLUDING BUT NOT LIMITED TO, THE FOLLOWING - PRODUCT IDENTIFICATION NUMBER, TRACTOR NUMBER OR CHASSIS NUMBER..

The collateral is:

Designations:

| | |
|---|---|
| Select a designation which describes this financing statement: | Not Applicable |
| Select an additional designation which describes this financing statement: | Not Applicable |

Alternative Designations:

| | |
|---|---|
| Select the alternative designation which describes this financing statement: | Not Applicable |

Optional Filer Reference Data:

2846 68600

20241465289

B0933-0331 08/02/2024 5:04 PM Received by Office of the Idaho Secretary of State

**STATE OF IDAHO**
*Office of the secretary of state, Phil McGrane*
**UCC1 FINANCING STATEMENT**
Idaho Secretary of State
PO Box 83720
Boise, ID 83720-0080
(208) 334-2301
Filing Fee - $3 submitted online, $6 print & mail or $12 if 3 or more pages. Make checks payable to Secretary of State.

Contact at Filer:

| | |
|---|---|
| Contact Name | WOLTERS KLUWER LIEN SOLUTIONS |
| Contact Phone | 800-331-3282 |
| Contact Email | uccfilingreturn@wolterskluwer.com |

Send acknowledgment to:

| | |
|---|---|
| Name | LIEN SOLUTIONS |
| Address | P O BOX 29071<br>GLENDALE, CA 91209-9071 |

Debtors:

| DEBTOR'S NAME | MAILING ADDRESS |
|---|---|
| WILLIAM THOMAS RUSSELL | 6493 E TRINITY LN<br>ATHOL, ID 83801 |
| IDAHO LIVESTOCK ENTERPRISES INC. | 6493 E TRINITY LN<br>ATHOL, ID 83801 |

Secured Parties:

| SECURED PARTY'S NAME | MAILING ADDRESS |
|---|---|
| FARM CREDIT SERVICES OF AMERICA, PCA | PO BOX 2409<br>OMAHA, NE 68103 |

Collateral:

| | |
|---|---|
| The financing statement covers the following collateral: | Case IH 210 PUMA Tractor Z8BH08861 |
| The collateral is: | |

Designations:

| | |
|---|---|
| Select a designation which describes this financing statement: | Not Applicable |
| Select an additional designation which describes this financing statement: | Not Applicable |

Alternative Designations:

| | |
|---|---|
| Select the alternative designation which describes this financing statement: | Not Applicable |

Optional Filer Reference Data:
ID-0-100073144-69760550

20250521585

B1000-6152 03/28/2025 5:09 PM Received by Office of the Idaho Secretary of State

**STATE OF IDAHO**
*Office of the secretary of state, Phil McGrane*
**UCC1 FINANCING STATEMENT**
Idaho Secretary of State
PO Box 83720
Boise, ID 83720-0080
(208) 334-2301
Filing Fee - $3 submitted online, $6 print & mail or $12 if 3 or more pages. Make checks payable to Secretary of State.

*For Office Use Only*
**-FILED-**
File #: 20250521585
Date Filed: 3/28/2025 5:09:01 PM

Contact at Filer:

| | |
|---|---|
| Contact Name | WOLTERS KLUWER LIEN SOLUTIONS |
| Contact Phone | 800-331-3282 |
| Contact Email | uccfilingreturn@wolterskluwer.com |

Send acknowledgment to:

| | |
|---|---|
| Name | LIEN SOLUTIONS |
| Address | P O BOX 29071<br>GLENDALE, CA 91209-9071 |

Debtors:

| DEBTOR'S NAME | MAILING ADDRESS |
|---|---|
| WILLIAM THOMAS RUSSELL | 6493 E TRINITY LN<br>ATHOL, ID 83801 |
| IDAHO LIVESTOCK ENTERPRISES INC. | 6493 E TRINITY LN<br>ATHOL, ID 83801 |

Secured Parties:

| SECURED PARTY'S NAME | MAILING ADDRESS |
|---|---|
| FARM CREDIT SERVICES OF AMERICA, PCA | PO BOX 2409<br>OMAHA, NE 68103 |

Collateral:

| | |
|---|---|
| The financing statement covers the following collateral: | East TL Trailer: Flatbed 1E1L5Z282GR055547 |
| The collateral is: | |

Designations:

| | |
|---|---|
| Select a designation which describes this financing statement: | Not Applicable |
| Select an additional designation which describes this financing statement: | Not Applicable |

Alternative Designations:

| | |
|---|---|
| Select the alternative designation which describes this financing statement: | Not Applicable |

Optional Filer Reference Data:
ID-0-103534990-71376056

20251950900

B1054-6280 10/03/2025 4:15 PM Received by Office of the Idaho Secretary of State

# STATE OF IDAHO

*Office of the secretary of state, Phil McGrane*

## UCC1 FINANCING STATEMENT

Idaho Secretary of State
PO Box 83720
Boise, ID 83720-0080
(208) 334-2301
Filing Fee - $3 submitted online, $6 print & mail or $12 if 3 or more pages. Make checks payable to Secretary of State.

*For Office Use Only*

**-FILED-**

File #: 20251950900

Date Filed: 10/3/2025 4:14:24 PM

Contact at Filer:

| | |
|---|---|
| Contact Name | WOLTERS KLUWER LIEN SOLUTIONS |
| Contact Phone | 800-331-3282 |
| Contact Email | uccfilingreturn@wolterskluwer.com |

Send acknowledgment to:

| | |
|---|---|
| Name | LIEN SOLUTIONS |
| Address | P O BOX 29071<br>GLENDALE, CA 91209-9071 |

Debtors:

| DEBTOR'S NAME | MAILING ADDRESS |
|---|---|
| IDAHO LIVESTOCK ENTERPRISES INC. | 6493 TRINITY LANE<br>ATHOL, ID 83801 |
| WILLIAM THOMAS RUSSELL | 6493 TRINITY LANE<br>ATHOL, ID 83801 |

Secured Parties:

| SECURED PARTY'S NAME | MAILING ADDRESS |
|---|---|
| AGWEST FARM CREDIT, PCA | 200 E. CARTMILL AVE.<br>TULARE, CA 93274 |

Collateral:

| | |
|---|---|
| The financing statement covers the following collateral: | Machinery, Equipment and Fixtures. Inventory Livestock (whether born or unborn), supplies used or produced in the farming operation, and products thereof and related accounts. |
| The collateral is: | |

Designations:

| | |
|---|---|
| Select a designation which describes this financing statement: | Not Applicable |
| Select an additional designation which describes this financing statement: | Not Applicable |

Alternative Designations:

| | |
|---|---|
| Select the alternative designation which describes this financing statement: | Not Applicable |

Optional Filer Reference Data:

ID-0-106048756-72641409



Page 1 of 1

EXHIBIT B

# Eight-Week Operating Budget

Small Feedlot Debtor | Revised September 30, 2026 | All amounts in dollars

| Account / Description | 9/19/2026 | 9/26/2026 | 10/3/2026 | 10/10/2026 | 10/17/2026 | 10/24/2026 | 10/31/2026 | 11/7/2026 | TOT 8 Weeks |
|---|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | | |
| **Income** | | | | | | | | | |
| 43100 - Custom Hire Income | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 8,000.00 |
| 43700 - Sales - Other | - | - | - | - | - | - | - | - | 0.00 |
| 44100 - Fuel Tax Credits and Other Inc. | - | - | - | - | - | - | - | - | 0.00 |
| 45500 - Livestock Sales | - | - | - | - | - | - | - | - | 0.00 |
| **Total Income** | **1,000.00** | **1,000.00** | **1,000.00** | **1,000.00** | **1,000.00** | **1,000.00** | **1,000.00** | **1,000.00** | **8,000.00** |
| **Cost of Goods Sold** | | | | | | | | | |
| 50100 - Items Purchased for Resale | - | - | - | - | - | - | - | - | 0.00 |
| 50125 - Feed/Grain | - | - | - | - | - | - | - | - | 0.00 |
| 50150 - Hay | - | - | - | - | - | - | - | - | 0.00 |
| 50200 - Livestock | - | - | - | - | - | - | - | - | 0.00 |
| 50300 - Medicated Feed Supplements | - | - | - | - | - | - | - | - | 0.00 |
| **Total COGS** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **0.00** |
| **Gross Profit** | **1,000.00** | **1,000.00** | **1,000.00** | **1,000.00** | **1,000.00** | **1,000.00** | **1,000.00** | **1,000.00** | **8,000.00** |
| **Expense** | | | | | | | | | |
| 60000 - Advertising and Promotion | - | 450.00 | - | - | - | 450.00 | - | - | 900.00 |
| 60400 - Bank Service Charges | 8.00 | - | 20.00 | - | - | - | 20.00 | - | 48.00 |
| 63200 - Gasoline, Fuel and Oil | - | - | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 2,400.00 |
| Maintenance | - | - | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 1,800.00 |
| Insurance | - | - | - | 2,100.00 | - | - | - | - | 2,100.00 |
| 63400 - Interest Expense | - | - | - | - | - | - | - | - | 0.00 |
| 64300 - Meals and Entertainment | - | - | - | - | - | - | - | - | 0.00 |
| 66700 - Professional Fees | - | - | - | - | - | - | - | - | 0.00 |
| 67950 - Supplies | - | - | - | - | - | - | - | - | 0.00 |
| 68000 - Taxes - Property | - | - | - | - | - | - | - | - | 0.00 |
| 68050 - Taxes - Other | - | - | - | - | - | - | - | - | 0.00 |
| 68800 - Veterinary, Breeding, Medicine | - | - | - | - | - | - | - | - | 0.00 |
| **Total Expense** | **8.00** | **450.00** | **720.00** | **2,800.00** | **700.00** | **1,150.00** | **720.00** | **700.00** | **7,248.00** |
| **Net Ordinary Income** | **992.00** | **550.00** | **280.00** | **(1,800.00)** | **300.00** | **(150.00)** | **280.00** | **300.00** | **752.00** |

Custom hire income is $1,000 per week for all eight weeks. Fuel of $400 per week and maintenance of $300 per week begin October 3, 2026. A one-time insurance payment of $2,100 is budgeted on October 10, 2026. Other expenses are retained as previously shown. A dash denotes zero; parentheses denote a deficit.

7:47 AM
09/17/26
Cash Basis

# Idaho Livestock Enterprises Inc
## Profit & Loss
### January through October 2026

EXHIBIT C

| | Jan-27 | Feb-27 | Mar-27 | Apr-27 | May-27 | Jun-27 | Jul-27 | Aug-27 |
|---|---|---|---|---|---|---|---|---|
| Ordinary Income/Expense | | | | | | | | |
| Income | | | | | | | | |
| 43100 · Custom Hire Income | 0.00 | 0.00 | 0.00 | 55,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 43700 · Sales - Other | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Income | 5,000.00 | 5,000.00 | 5,000.00 | 60,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cost of Goods Sold | | | | | | | | |
| 50125 · Feed/Grain | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 50150 · Hay | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 50300 · Medicated Feed Supplements | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total COGS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Gross Profit | 5,000.00 | 5,000.00 | 5,000.00 | 60,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Expense | | | | | | | | |
| 60000 · Advertising and Promotion | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 |
| 60400 · Bank Service Charges | 45.00 | 20.00 | 49.85 | 24.00 | 20.00 | 20.00 | 28.00 | 20.00 |
| 63200 · Gasoline, Fuel and Oil | 414.45 | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 |
| 63300 · Insurance Expense | 2,000.00 | 0.00 | 0.00 | 2,000.00 | 0.00 | 0.00 | 2,000.00 | 0.00 |
| 63400 · Interest Expense | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | | |
| 64300 · Meals and Entertainment | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 |
| 66700 · Professional Fees | 0.00 | 0.00 | 0.00 | 3,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 67200 · Repairs & Maintenance | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 |
| 67950 · Supplies | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 |
| 68050 · Taxes - Other | 0.00 | 0.00 | 20.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Expense | 3,309.45 | 1,245.00 | 1,294.85 | 6,249.00 | 1,245.00 | 1,245.00 | 3,253.00 | 1,245.00 |
| Net Ordinary Income | 1,690.55 | 3,755.00 | 3,705.15 | 53,751.00 | -1,245.00 | -1,245.00 | -3,253.00 | -1,245.00 |
| Net Income | **1,690.55** | **3,755.00** | **3,705.15** | **53,751.00** | **-1,245.00** | **-1,245.00** | **-3,253.00** | **-1,245.00** |

7:47 AM
09/17/26
Cash Basis

# Idaho Livestock Enterprises Inc
## Profit & Loss
### January through October 2026

| | Sep-27 | Oct-27 | Nov-27 | Dec-27 | TOTAL |
|---|---|---|---|---|---|
| Ordinary Income/Expense | | | | | |
| Income | | | | | |
| 43100 · Custom Hire Income | 0.00 | 50,000.00 | 0.00 | 0.00 | 105,000.00 |
| 43700 · Sales - Other | 0.00 | 0.00 | 5,000.00 | 5,000.00 | 30,000.00 |
| Total Income | 0.00 | 50,000.00 | 5,000.00 | 5,000.00 | 135,000.00 |
| Cost of Goods Sold | | | | | |
| 50125 · Feed/Grain | 0.00 | 5,000.00 | 0.00 | 7,000.00 | 12,000.00 |
| 50150 · Hay | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 50300 · Medicated Feed Supplements | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total COGS | 0.00 | 5,000.00 | 0.00 | 7,000.00 | 12,000.00 |
| Gross Profit | 0.00 | 45,000.00 | 5,000.00 | -2,000.00 | 123,000.00 |
| Expense | | | | | |
| 60000 · Advertising and Promotion | 450.00 | 450.00 | 450.00 | 450.00 | 5,400.00 |
| 60400 · Bank Service Charges | 28.00 | 20.00 | 20.00 | 20.00 | 314.85 |
| 63200 · Gasoline, Fuel and Oil | 375.00 | 375.00 | 375.00 | 375.00 | 4,539.45 |
| 63300 · Insurance Expense | 0.00 | 2,000.00 | 0.00 | 0.00 | 8,000.00 |
| 63400 · Interest Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 64300 · Meals and Entertainment | 50.00 | 50.00 | 50.00 | 50.00 | 600.00 |
| 66700 · Professional Fees | 0.00 | | 0.00 | 0.00 | 3,000.00 |
| 67200 · Repairs & Maintenance | 150.00 | 150.00 | 150.00 | 150.00 | 1,800.00 |
| 67950 · Supplies | 200.00 | 200.00 | 200.00 | 200.00 | 2,400.00 |
| 68050 · Taxes - Other | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 |
| Total Expense | 1,253.00 | 3,245.00 | 1,245.00 | 1,245.00 | 26,074.30 |
| Net Ordinary Income | -1,253.00 | 41,755.00 | 3,755.00 | -3,245.00 | 96,925.70 |
| Net Income | **-1,253.00** | **41,755.00** | **3,755.00** | **-3,245.00** | **96,925.70** |

7:47 AM
09/17/26
Cash Basis

# Idaho Livestock Enterprises Inc
## Profit & Loss
### January through October 2026

| | Jan-28 | Feb-28 | Mar-28 | Apr-28 | May-28 | Jun-28 | Jul-28 | Aug-28 |
|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | |
| **Income** | | | | | | | | |
| **43100 · Custom Hire Income** | 0.00 | 0.00 | 0.00 | 60,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **43700 · Sales - Other** | 5,000.00 | 5,000.00 | 5,000.00 | 6,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Income** | 5,000.00 | 5,000.00 | 5,000.00 | 66,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Cost of Goods Sold** | | | | | | | | |
| **50125 · Feed/Grain** | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 |
| **50150 · Hay** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **50300 · Medicated Feed Supplements** | 400.00 | 0.00 | 0.00 | 400.00 | 0.00 | 0.00 | 400.00 | 0.00 |
| **Total COGS** | 4,400.00 | 4,000.00 | 4,000.00 | 4,400.00 | 4,000.00 | 4,000.00 | 4,400.00 | 4,000.00 |
| **Gross Profit** | 600.00 | 1,000.00 | 1,000.00 | 61,600.00 | -4,000.00 | -4,000.00 | -4,400.00 | -4,000.00 |
| **Expense** | | | | | | | | |
| **60000 · Advertising and Promotion** | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 |
| **60400 · Bank Service Charges** | 45.00 | 20.00 | 49.85 | 24.00 | 20.00 | 20.00 | 28.00 | 20.00 |
| **63200 · Gasoline, Fuel and Oil** | 414.45 | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 |
| **63300 · Insurance Expense** | 2,000.00 | 0.00 | 0.00 | 2,000.00 | 0.00 | 0.00 | 2,000.00 | 0.00 |
| **63400 · Interest Expense** | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | | |
| **64300 · Meals and Entertainment** | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 |
| **66700 · Professional Fees** | 0.00 | 0.00 | 0.00 | 3,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **67200 · Repairs & Maintenance** | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 |
| **67950 · Supplies** | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 |
| **68050 · Taxes - Other** | 0.00 | 0.00 | 20.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Expense** | 3,309.45 | 1,245.00 | 1,294.85 | 6,249.00 | 1,245.00 | 1,245.00 | 3,253.00 | 1,245.00 |
| **Net Ordinary Income** | -2,709.45 | -245.00 | -294.85 | 55,351.00 | -5,245.00 | -5,245.00 | -7,653.00 | -5,245.00 |
| **Net Income** | **-2,709.45** | **-245.00** | **-294.85** | **55,351.00** | **-5,245.00** | **-5,245.00** | **-7,653.00** | **-5,245.00** |

7:47 AM
09/17/26
Cash Basis

# Idaho Livestock Enterprises Inc
## Profit & Loss
### January through October 2026

| | Sep-28 | Oct-28 | Nov-28 | Dec-28 | TOTAL |
|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | |
| **Income** | | | | | |
| **43100 · Custom Hire Income** | 0.00 | 60,000.00 | 0.00 | 0.00 | 120,000.00 |
| **43700 · Sales - Other** | 0.00 | 0.00 | 17,000.00 | 30,000.00 | 68,000.00 |
| **Total Income** | 0.00 | 60,000.00 | 17,000.00 | 30,000.00 | 188,000.00 |
| **Cost of Goods Sold** | | | | | |
| **50125 · Feed/Grain** | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 48,000.00 |
| **50150 · Hay** | 21,000.00 | 0.00 | 21,000.00 | 0.00 | 42,000.00 |
| **50300 · Medicated Feed Supplements** | 0.00 | 400.00 | 0.00 | 0.00 | 1,600.00 |
| **Total COGS** | 25,000.00 | 4,400.00 | 25,000.00 | 4,000.00 | 91,600.00 |
| **Gross Profit** | -25,000.00 | 55,600.00 | -8,000.00 | 26,000.00 | 96,400.00 |
| **Expense** | | | | | |
| **60000 · Advertising and Promotion** | 450.00 | 450.00 | 450.00 | 450.00 | 5,400.00 |
| **60400 · Bank Service Charges** | 28.00 | 20.00 | 20.00 | 20.00 | 314.85 |
| **63200 · Gasoline, Fuel and Oil** | 375.00 | 375.00 | 375.00 | 375.00 | 4,539.45 |
| **63300 · Insurance Expense** | 0.00 | 2,000.00 | 0.00 | 0.00 | 8,000.00 |
| **63400 · Interest Expense** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **64300 · Meals and Entertainment** | 50.00 | 50.00 | 50.00 | 50.00 | 600.00 |
| **66700 · Professional Fees** | 0.00 | | 0.00 | 0.00 | 3,000.00 |
| **67200 · Repairs & Maintenance** | 150.00 | 150.00 | 150.00 | 150.00 | 1,800.00 |
| **67950 · Supplies** | 200.00 | 200.00 | 200.00 | 200.00 | 2,400.00 |
| **68050 · Taxes - Other** | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 |
| **Total Expense** | 1,253.00 | 3,245.00 | 1,245.00 | 1,245.00 | 26,074.30 |
| **Net Ordinary Income** | -26,253.00 | 52,355.00 | -9,245.00 | 24,755.00 | 70,325.70 |
| **Net Income** | **-26,253.00** | **52,355.00** | **-9,245.00** | **24,755.00** | **70,325.70** |

7:47 AM
09/17/26
Cash Basis

# Idaho Livestock Enterprises Inc
## Profit & Loss
### January through October 2026

| | Jan-29 | Feb-29 | Mar-29 | Apr-29 | May-29 | Jun-29 | Jul-29 | Aug-29 |
|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | |
| **Income** | | | | | | | | |
| **43100 · Custom Hire Income** | 0.00 | 0.00 | 0.00 | 65,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **43700 · Sales - Other** | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Income** | 8,000.00 | 8,000.00 | 8,000.00 | 73,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Cost of Goods Sold** | | | | | | | | |
| **50125 · Feed/Grain** | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 |
| **50150 · Hay** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **50300 · Medicated Feed Supplements** | 400.00 | 0.00 | 0.00 | 400.00 | 0.00 | 0.00 | 400.00 | 0.00 |
| **Total COGS** | 4,900.00 | 4,500.00 | 4,500.00 | 4,900.00 | 4,500.00 | 4,500.00 | 4,900.00 | 4,500.00 |
| **Gross Profit** | 3,100.00 | 3,500.00 | 3,500.00 | 68,100.00 | -4,500.00 | -4,500.00 | -4,900.00 | -4,500.00 |
| **Expense** | | | | | | | | |
| **60000 · Advertising and Promotion** | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 |
| **60400 · Bank Service Charges** | 45.00 | 20.00 | 49.85 | 24.00 | 20.00 | 20.00 | 28.00 | 20.00 |
| **63200 · Gasoline, Fuel and Oil** | 414.45 | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 |
| **63300 · Insurance Expense** | 2,000.00 | 0.00 | 0.00 | 2,000.00 | 0.00 | 0.00 | 2,000.00 | 0.00 |
| **63400 · Interest Expense** | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | | |
| **64300 · Meals and Entertainment** | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 |
| **66700 · Professional Fees** | 0.00 | 0.00 | 0.00 | 3,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **67200 · Repairs & Maintenance** | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 |
| **67950 · Supplies** | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 |
| **68050 · Taxes - Other** | 0.00 | 0.00 | 20.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Expense** | 3,309.45 | 1,245.00 | 1,294.85 | 6,249.00 | 1,245.00 | 1,245.00 | 3,253.00 | 1,245.00 |
| **Net Ordinary Income** | -209.45 | 2,255.00 | 2,205.15 | 61,851.00 | -5,745.00 | -5,745.00 | -8,153.00 | -5,745.00 |
| **Net Income** | **-209.45** | **2,255.00** | **2,205.15** | **61,851.00** | **-5,745.00** | **-5,745.00** | **-8,153.00** | **-5,745.00** |

7:47 AM
09/17/26
Cash Basis

# Idaho Livestock Enterprises Inc
## Profit & Loss
### January through October 2026

| | Sep-29 | Oct-29 | Nov-29 | Dec-29 | TOTAL |
|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | |
| **Income** | | | | | |
| **43100 · Custom Hire Income** | 0.00 | 65,000.00 | 0.00 | 0.00 | 130,000.00 |
| **43700 · Sales - Other** | 0.00 | 0.00 | 8,000.00 | 8,000.00 | 48,000.00 |
| **Total Income** | 0.00 | 65,000.00 | 8,000.00 | 8,000.00 | 178,000.00 |
| **Cost of Goods Sold** | | | | | |
| **50125 · Feed/Grain** | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 54,000.00 |
| **50150 · Hay** | 22,500.00 | 0.00 | 22,500.00 | 0.00 | 45,000.00 |
| **50300 · Medicated Feed Supplements** | 0.00 | 400.00 | 0.00 | 0.00 | 1,600.00 |
| **Total COGS** | 27,000.00 | 4,900.00 | 27,000.00 | 4,500.00 | 100,600.00 |
| **Gross Profit** | -27,000.00 | 60,100.00 | -19,000.00 | 3,500.00 | 77,400.00 |
| **Expense** | | | | | |
| **60000 · Advertising and Promotion** | 450.00 | 450.00 | 450.00 | 450.00 | 5,400.00 |
| **60400 · Bank Service Charges** | 28.00 | 20.00 | 20.00 | 20.00 | 314.85 |
| **63200 · Gasoline, Fuel and Oil** | 375.00 | 375.00 | 375.00 | 375.00 | 4,539.45 |
| **63300 · Insurance Expense** | 0.00 | 2,000.00 | 0.00 | 0.00 | 8,000.00 |
| **63400 · Interest Expense** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **64300 · Meals and Entertainment** | 50.00 | 50.00 | 50.00 | 50.00 | 600.00 |
| **66700 · Professional Fees** | 0.00 | | 0.00 | 0.00 | 3,000.00 |
| **67200 · Repairs & Maintenance** | 150.00 | 150.00 | 150.00 | 150.00 | 1,800.00 |
| **67950 · Supplies** | 200.00 | 200.00 | 200.00 | 200.00 | 2,400.00 |
| **68050 · Taxes - Other** | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 |
| **Total Expense** | 1,253.00 | 3,245.00 | 1,245.00 | 1,245.00 | 26,074.30 |
| **Net Ordinary Income** | -28,253.00 | 56,855.00 | -20,245.00 | 2,255.00 | 51,325.70 |
| **Net Income** | **-28,253.00** | **56,855.00** | **-20,245.00** | **2,255.00** | **51,325.70** |

7:47 AM
09/17/26
Cash Basis

# Idaho Livestock Enterprises Inc
## Profit & Loss
### January through October 2026

| | Jan-30 | Feb-30 | Mar-30 | Apr-30 | May-30 | Jun-30 | Jul-30 | Aug-30 |
|---|---|---|---|---|---|---|---|---|
| Ordinary Income/Expense | | | | | | | | |
| Income | | | | | | | | |
| 43100 · Custom Hire Income | 0.00 | 0.00 | 0.00 | 70,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 43700 · Sales - Other | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Income | 10,000.00 | 10,000.00 | 10,000.00 | 80,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cost of Goods Sold | | | | | | | | |
| 50125 · Feed/Grain | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 |
| 50150 · Hay | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 50300 · Medicated Feed Supplements | 400.00 | 0.00 | 0.00 | 400.00 | 0.00 | 0.00 | 400.00 | 0.00 |
| Total COGS | 4,900.00 | 4,500.00 | 4,500.00 | 4,900.00 | 4,500.00 | 4,500.00 | 4,900.00 | 4,500.00 |
| Gross Profit | 5,100.00 | 5,500.00 | 5,500.00 | 75,100.00 | -4,500.00 | -4,500.00 | -4,900.00 | -4,500.00 |
| Expense | | | | | | | | |
| 60000 · Advertising and Promotion | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 |
| 60400 · Bank Service Charges | 45.00 | 20.00 | 49.85 | 24.00 | 20.00 | 20.00 | 28.00 | 20.00 |
| 63200 · Gasoline, Fuel and Oil | 414.45 | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 |
| 63300 · Insurance Expense | 2,000.00 | 0.00 | 0.00 | 2,000.00 | 0.00 | 0.00 | 2,000.00 | 0.00 |
| 63400 · Interest Expense | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | | |
| 64300 · Meals and Entertainment | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 |
| 66700 · Professional Fees | 0.00 | 0.00 | 0.00 | 3,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 67200 · Repairs & Maintenance | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 |
| 67950 · Supplies | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 |
| 68050 · Taxes - Other | 0.00 | 0.00 | 20.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Expense | 3,309.45 | 1,245.00 | 1,294.85 | 6,249.00 | 1,245.00 | 1,245.00 | 3,253.00 | 1,245.00 |
| Net Ordinary Income | 1,790.55 | 4,255.00 | 4,205.15 | 68,851.00 | -5,745.00 | -5,745.00 | -8,153.00 | -5,745.00 |
| **Net Income** | **1,790.55** | **4,255.00** | **4,205.15** | **68,851.00** | **-5,745.00** | **-5,745.00** | **-8,153.00** | **-5,745.00** |

7:47 AM
09/17/26
Cash Basis

# Idaho Livestock Enterprises Inc
## Profit & Loss
### January through October 2026

| | Sep-30 | Oct-30 | Nov-30 | Dec-30 | TOTAL |
|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | |
| **Income** | | | | | |
| **43100 · Custom Hire Income** | 0.00 | 70,000.00 | 0.00 | 0.00 | 140,000.00 |
| **43700 · Sales - Other** | 0.00 | 3,000.00 | 10,000.00 | 10,000.00 | 63,000.00 |
| **Total Income** | 0.00 | 73,000.00 | 10,000.00 | 10,000.00 | 203,000.00 |
| **Cost of Goods Sold** | | | | | |
| **50125 · Feed/Grain** | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 54,000.00 |
| **50150 · Hay** | 25,000.00 | 0.00 | 25,000.00 | 0.00 | 50,000.00 |
| **50300 · Medicated Feed Supplements** | 0.00 | 400.00 | 0.00 | 0.00 | 1,600.00 |
| **Total COGS** | 29,500.00 | 4,900.00 | 29,500.00 | 4,500.00 | 105,600.00 |
| **Gross Profit** | -29,500.00 | 68,100.00 | -19,500.00 | 5,500.00 | 97,400.00 |
| **Expense** | | | | | |
| **60000 · Advertising and Promotion** | 450.00 | 450.00 | 450.00 | 450.00 | 5,400.00 |
| **60400 · Bank Service Charges** | 28.00 | 20.00 | 20.00 | 20.00 | 314.85 |
| **63200 · Gasoline, Fuel and Oil** | 375.00 | 375.00 | 375.00 | 375.00 | 4,539.45 |
| **63300 · Insurance Expense** | 0.00 | 2,000.00 | 0.00 | 0.00 | 8,000.00 |
| **63400 · Interest Expense** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **64300 · Meals and Entertainment** | 50.00 | 50.00 | 50.00 | 50.00 | 600.00 |
| **66700 · Professional Fees** | 0.00 | | 0.00 | 0.00 | 3,000.00 |
| **67200 · Repairs & Maintenance** | 150.00 | 150.00 | 150.00 | 150.00 | 1,800.00 |
| **67950 · Supplies** | 200.00 | 200.00 | 200.00 | 200.00 | 2,400.00 |
| **68050 · Taxes - Other** | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 |
| **Total Expense** | 1,253.00 | 3,245.00 | 1,245.00 | 1,245.00 | 26,074.30 |
| **Net Ordinary Income** | -30,753.00 | 64,855.00 | -20,745.00 | 4,255.00 | 71,325.70 |
| **Net Income** | **-30,753.00** | **64,855.00** | **-20,745.00** | **4,255.00** | **71,325.70** |

7:47 AM
09/17/26
Cash Basis

# Idaho Livestock Enterprises Inc
## Profit & Loss
### January through October 2026

| | Jan-31 | Feb-31 | Mar-31 | Apr-31 | May-31 | Jun-31 | Jul-31 | Aug-31 |
|---|---|---|---|---|---|---|---|---|
| Ordinary Income/Expense | | | | | | | | |
| Income | | | | | | | | |
| 43100 · Custom Hire Income | 0.00 | 0.00 | 0.00 | 70,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 43700 · Sales - Other | 12,000.00 | 12,000.00 | 12,000.00 | 6,500.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Income | 12,000.00 | 12,000.00 | 12,000.00 | 76,500.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cost of Goods Sold | | | | | | | | |
| 50125 · Feed/Grain | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 |
| 50150 · Hay | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 50300 · Medicated Feed Supplements | 400.00 | 0.00 | 0.00 | 400.00 | 0.00 | 0.00 | 400.00 | 0.00 |
| Total COGS | 5,400.00 | 5,000.00 | 5,000.00 | 5,400.00 | 5,000.00 | 5,000.00 | 5,400.00 | 5,000.00 |
| Gross Profit | 6,600.00 | 7,000.00 | 7,000.00 | 71,100.00 | -5,000.00 | -5,000.00 | -5,400.00 | -5,000.00 |
| Expense | | | | | | | | |
| 60000 · Advertising and Promotion | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 |
| 60400 · Bank Service Charges | 45.00 | 20.00 | 49.85 | 24.00 | 20.00 | 20.00 | 28.00 | 20.00 |
| 63200 · Gasoline, Fuel and Oil | 414.45 | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 |
| 63300 · Insurance Expense | 2,000.00 | 0.00 | 0.00 | 2,000.00 | 0.00 | 0.00 | 2,000.00 | 0.00 |
| 63400 · Interest Expense | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | | |
| 64300 · Meals and Entertainment | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 |
| 66700 · Professional Fees | 0.00 | 0.00 | 0.00 | 3,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 67200 · Repairs & Maintenance | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 |
| 67950 · Supplies | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 |
| 68050 · Taxes - Other | 0.00 | 0.00 | 20.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Expense | 3,309.45 | 1,245.00 | 1,294.85 | 6,249.00 | 1,245.00 | 1,245.00 | 3,253.00 | 1,245.00 |
| Net Ordinary Income | 3,290.55 | 5,755.00 | 5,705.15 | 64,851.00 | -6,245.00 | -6,245.00 | -8,653.00 | -6,245.00 |
| Net Income | **3,290.55** | **5,755.00** | **5,705.15** | **64,851.00** | **-6,245.00** | **-6,245.00** | **-8,653.00** | **-6,245.00** |

7:47 AM
09/17/26
Cash Basis

# Idaho Livestock Enterprises Inc
## Profit & Loss
### January through October 2026

| | Sep-31 | Oct-31 | Nov-31 | Dec-31 | TOTAL |
|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | |
| **Income** | | | | | |
| **43100 · Custom Hire Income** | 0.00 | 70,000.00 | 0.00 | 0.00 | 140,000.00 |
| **43700 · Sales - Other** | 0.00 | 12,000.00 | 12,000.00 | 12,000.00 | 78,500.00 |
| **Total Income** | 0.00 | 82,000.00 | 12,000.00 | 12,000.00 | 218,500.00 |
| **Cost of Goods Sold** | | | | | |
| **50125 · Feed/Grain** | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 60,000.00 |
| **50150 · Hay** | 27,500.00 | 0.00 | 27,500.00 | 0.00 | 55,000.00 |
| **50300 · Medicated Feed Supplements** | 0.00 | 400.00 | 0.00 | 0.00 | 1,600.00 |
| **Total COGS** | 32,500.00 | 5,400.00 | 32,500.00 | 5,000.00 | 116,600.00 |
| **Gross Profit** | -32,500.00 | 76,600.00 | -20,500.00 | 7,000.00 | 101,900.00 |
| **Expense** | | | | | |
| **60000 · Advertising and Promotion** | 450.00 | 450.00 | 450.00 | 450.00 | 5,400.00 |
| **60400 · Bank Service Charges** | 28.00 | 20.00 | 20.00 | 20.00 | 314.85 |
| **63200 · Gasoline, Fuel and Oil** | 375.00 | 375.00 | 375.00 | 375.00 | 4,539.45 |
| **63300 · Insurance Expense** | 0.00 | 2,000.00 | 0.00 | 0.00 | 8,000.00 |
| **63400 · Interest Expense** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **64300 · Meals and Entertainment** | 50.00 | 50.00 | 50.00 | 50.00 | 600.00 |
| **66700 · Professional Fees** | 0.00 | | 0.00 | 0.00 | 3,000.00 |
| **67200 · Repairs & Maintenance** | 150.00 | 150.00 | 150.00 | 150.00 | 1,800.00 |
| **67950 · Supplies** | 200.00 | 200.00 | 200.00 | 200.00 | 2,400.00 |
| **68050 · Taxes - Other** | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 |
| **Total Expense** | 1,253.00 | 3,245.00 | 1,245.00 | 1,245.00 | 26,074.30 |
| **Net Ordinary Income** | -33,753.00 | 73,355.00 | -21,745.00 | 5,755.00 | 75,825.70 |
| **Net Income** | **-33,753.00** | **73,355.00** | **-21,745.00** | **5,755.00** | **75,825.70** |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| **In re:**<br><br>**IDAHO LIVESTOCK ENTERPRISES INC.,**<br><br>**Debtor.** | **Case No. 26-20374-NGH**<br><br>**Chapter 12**<br><br>**ORDER GRANTING DEBTOR'S EMERGENCY AND CONTINUING MOTION FOR AUTHORIZATION TO USE CASH COLLATERAL AND TO SCHEDULE A FINAL HEARING** |

THIS MATTER came before the Court for an interim hearing on the Debtor's Emergency and Continuing Motion for Authorization to Use Cash Collateral (Dkt. No. __) (the "Cash Collateral Motion") on __, after notice was given to the twenty largest unsecured creditors and other parties in interest. The following individuals appeared at the hearing: __ on behalf of Debtor, __, __ on behalf of Creditor, __, __, as Chapter 12 Trustee; and __ on behalf of the United States Trustee.

The Court, having reviewed and considered the Debtor's Motion and being fully advised in the premises, and good cause appearing therefore, hereby enters this Order GRANTING the Debtor's Motion as follows:

**IT IS HEREBY ORDERED: AUTHORIZATION TO USE CASH COLLATERAL:**

Effective __, the Debtor is authorized to use cash collateral on an interim basis as provided in the Cash Collateral Motion.

**IT IS HEREBY ORDERED: PERMITTED USE OF FUNDS:**

Said cash collateral shall be used to pay the expenses outlined in Exhibit A, plus a 10% aggregate variance from the gross amount sought to be expended. The Debtor shall not spend funds on charitable contributions at this time. WITH THE CHANGES AS FOLLOWS

EXHIBIT
tabbies
D

1. Debtor

2. Debtor :

    a.

**IT IS HEREBY ORDERED: ADEQUATE PROTECTION:**

_______ shall be granted, and shall maintain, adequate protection liens on all post-petition cash collateral to the same extent and priority as existed pre-petition, to the extent of any cash collateral actually used by the Debtor; provided, however, that such replacement liens shall not attach to any proceeds from avoidance actions.

Any other creditor or party asserting a secured position shall be granted, and shall maintain, adequate protection liens on all post-petition cash collateral to the same extent and priority as existed pre-petition, to the extent of any cash collateral actually used by the Debtor; provided, however, that such replacement liens shall not attach to any proceeds from avoidance actions.

**IT IS HEREBY ORDERED: DEBTOR-IN-POSSESSION ACCOUNT:**

The Debtor shall open a debtor-in-possession account at an approved institution and shall utilize said account as the sole account for all deposits.

**IT IS HEREBY ORDERED: U.S. TRUSTEE COMPLIANCE:**

The Debtor shall operate in compliance with the U.S. Trustee's Guidelines unless otherwise approved or directed by the Court.

**IT IS HEREBY ORDERED: DURATION OF AUTHORIZATION:**

The authorization to use cash collateral shall expire at the conclusion of the final hearing on the Motion.

**IT IS HEREBY ORDERED: FINDINGS UNDER RULE 6003:**

To the extent applicable, the provisions of Fed. R. Bankr. P. 6003 are met, as the relief

granted herein is necessary to avoid immediate and irreparable harm.

**IT IS HEREBY ORDERED: FINAL HEARING:**

A final hearing on the interim relief granted herein shall be held via teleconference on November 12, 2026, at 9:00 a.m. Pacific Time (the "Final Hearing"). Any opposition to the granting of relief on a final basis shall be filed and served by November 5, 2026. The Debtor may file a reply to any opposition or present its reply at the Final Hearing.

**IT IS HEREBY ORDERED: RETENTION OF JURISDICTION:**

This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

***APPROVED TO FORM:***

*/s/*__
, on behalf of the

*/s/*__
, the appointed Subchapter V Trustee

*/s/* __
, attorney for the Office of the United States Trustee

*// end of text //*

*Submitted by: Patrick J. Geile, attorney for Debtor*