TREVOR R. PINCOCK
ISB #8918
MICHAEL G. SCHMIDT
ISB #6911
LUKINS & ANNIS, P.S.
601 E. Front Ave., Ste 303
Coeur d'Alene, ID 83814
Telephone: (208) 667-0517
Facsimile: (509) 747-2323

Attorneys for AgWest Farm Credit, PCA
and AgWest Farm Credit FLCA

Chapter 12

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>IDAHO LIVESTOCK ENTERPRISES INC.,<br><br>Debtor. | NO. 26-20374-NGH<br><br>Chapter 12<br><br>**DECLARATION OF BEN HOLLING IN SUPPROT OF OBJECTION TO DEBTOR'S EMERGENCY MOTION FOR INTERIM AND FINAL AUTHORITY TO USE CASH COLLATERAL** |

I, Ben Holling certify and declare, under oath, as follows:

1. I am a citizen of the United State of America over eighteen (18) years of age and am competent to make this declaration. The statements contained herein are based upon my personal knowledge. I would restate and reaffirm these statements in any proceeding.



LAW OFFICES OF
LUKINS & ANNIS, PS
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

2. I am a Senior Vice President of Lending for creditor AgWest Farm Credit, PCA ("PCA") and AgWest Farm Credit, FLCA ("FLCA") (collectively "AgWest") and I am familiar with the loans, and documents related thereto, that AgWest made to Debtor Idaho Livestock Enterprises, Inc. (the "Debtor").

3. I am authorized to make these statements contained herein. I am familiar with AgWest's electronic case records in the above-captioned case (the "Bankruptcy") and the manner in which such records are created, stored, and maintained at AgWest's office. The AgWest electronic case records, including the payment disbursement histories, are maintained in the ordinary course of business. The figures and data reflected in the AgWest's electronic records in this Bankruptcy were entered contemporaneously withed the event to which they refer, by persons having actual knowledge of the information contained herein.

4. PCA and FLCA are perfected secured creditors of the Debtor arising out of two operating loans from PCA (the "PCA Loans") and a loan from FLCA. Payment of the PCA Loans is secured by a security interest in Debtor's machinery, equipment, fixtures, inventory, livestock, supplies used or produced in Debtor's farming operation, and products thereof and related accounts ("PCA Collateral"). Payment of the FLCA loan is secured by real property owned by William Russell, the president/owner of the Debtor.



LAW OFFICES OF
LUKINS & ANNIS, PS
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

5. The collateral securing the PCA Loans includes the hay and feed that Debtor proposes to sale in the Motion. Proceeds from the sale of that hay and feed is PCA's cash collateral.

6. PCA disagrees with Debtor's assertion that the PCA Loans are fully secured by PCA's collateral and that there is an equity cushion. PCA has learned that Debtor no longer owns cattle and PCA does not believe there's any equity in the remaining PCA collateral sufficient to provide adequate protection in the form of replacement liens.

7. Debtor refused PCA's pre-petition requests to inspect the PCA's collateral and again rejected PCA's request for an inspection when asked at the 341 meeting of creditors.

8. PCA does not believe that Debtor's continuing operation of a feed lot is viable. The PCA loans and FLCA loan have been distressed for several years and despite prior efforts Debtor has been unable to obtain refinancing.

9. Debtor's plan as outlined in the budget and at the 341 meeting of creditors is to increase the number of cattle at the feed lot, but the feed lot is not large enough to feed enough cattle to produce revenues sufficient to service the PCA loans and the FLCA loan.



LAW OFFICES OF
LUKINS & ANNIS, PS
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

I declare that the foregoing is true and correct under the penalty of perjury according to the laws of the State of Washington.

Dated this 12th day of October 2026, at Spokane, Washington.

BEN HOLLING, SVP Lending, AgWest Farm Credit PCA and AgWest Farm Credit FLCA



LAW OFFICES OF
LUKINS & ANNIS, PS
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323